IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL SHAFFER and
MARGARET SHAFFER, his wife,
    Plaintiffs,

vs.

T.K.T. METOXIT A.G.;
T.K.T. METOXIT A.G., INC.;
SMITH & NEPHEW ORTHOPAEDICS, INC.;
SMITH & NEPHEW ORTHOPAEDICS;
SMITH & NEPHEW INC.;
SMITH & NEPHEW,

    Defendants.

Civil Action No. 04-0468

Chief Judge Ambrose
Chief Magistrate Judge Caiazza

### STIPULATION OF DISMISSAL WITH PREJUDICE
### and ORDER OF COURT

IT IS STIPULATED AND AGREED BY AND BETWEEN the Plaintiffs, Paul Shaffer and Margaret Shaffer, and Defendants, Smith & Nephew Orthopaedics, Inc., Smith & Nephew Orthopaedics, Smith & Nephew Inc., and Smith & Nephew that all claims by Plaintiffs against Defendants are dismissed with prejudice as to the future filing of any additional actions related to the facts pleaded in the Complaint. Counsel signing below represent that they have authority to bind their clients.

Dated: December 2, 2005

Ned J. Nakles, Jr.
PA I.D. No. 36886
Nakles and Nakles
1714 Lincoln Avenue
Latrobe, PA 15650

Plaintiffs' Counsel

Dated: November 2, 2005

Kerry A. Kearney
PA I.D. No. 20120
Rebecca E. Aten
PA I.D. No. 91789

REED SMITH LLP
Firm No. 234
435 Sixth Avenue
Pittsburgh, PA 15219-1886
(412) 288-3046-3842

Smith & Nephew Orthopaedics, Inc.; Smith & Nephew Orthopaedics; Smith & Nephew Inc.
Smith & Nephew Counsel

SO ORDERED:

_Donetta W. Ambrose_

PGHLIB-1693941.1-KAKEARNE 11/2/05 2:40 PM